# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky

**In the Matter of**:               }          Case No: 10-52208
                                    }
HEATHER M. SUEDKAMP                 }
                                    }          Chapter 13
**Debtor(s)**

___

### DEBTOR'S RESPONSE TO BAC HOME LOANS SERVICING LP'S OBJECTION TO CONFIRMATION
___

Comes now the Debtor, by and through counsel, and does hereby make the following response to BAC Home Loan LP's Objection to Confirmation of the Chapter 13 Plan:

BAC alleges in its Objection that a $140,000 plus arrearage exists on this home. However, the creditor has failed to file a sworn proof of claim with this Court for this alleged debt. Without this claim, the Debtor is unable to properly assess and address the alleged arrearage.

WHEREFORE, the Debtor now respectfully requests this Court OVERRULE BAC Home Loans Servicing LP's Objection to Confirmation.

Respectfully Submitted,

BRIAN T. CANUPP PSC

/s/Brian T. Canupp
Brian T. Canupp
Tiffany L. Yahr
322 Main St.
Paris, KY 40361
859-988-9658
Brian@canupplaw.com

CERTIFICATE OF SERVICE

    I, Brian T. Canupp, do hereby certify that a true and correct copy of the foregoing response was served via electronic service on this 19th day of October 2010 on the following parties.

Hon. Joel K. Jensen
*Attorney for BAC Home Loans Servicing LP*

Beverly Burden
*Chapter 13 Trustee*

US Trustee

                                              /s/Brian T. Canupp