UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Joseph M. Scott, Jr.

IN RE:  
    Heather Matheny Suedkamp

CASE NUMBER 10-52208

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 11/4/2010    TIME: 09:30

APPEARANCES:
- Burden, Beverly
- Thompson, Amanda
- Yahr, Tiffany

ISSUE:

| 29 | 9/29/2010 | Order Continuing Confirmation Hearing. Confirmation hearing to be held on 11/4/2010 at 09:30 AM at Lexington Courtroom, Ch. 13.  (fgg) |

DISPOSITION:
    Cont

JUDGE'S NOTES:
    to Jan.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Thursday, November 04, 2010**
**(ekm)**